IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR175 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOHN GORDON, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 69).

IT IS ORDERED:

1. The Defendant's motion for an extension of time to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 69) is granted; and

2. The Defendant must file any objections to the Report and Recommendation on or before October 16, 2008.

DATED this 10th day of October, 2008.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge